YEE & KAWASHIMA, LLLP

JARED N. KAWASHIMA      6289
CHRISTIN D. WEHRSIG     10038
1000 Bishop Street, Suite 908
Honolulu, Hawaii 96813
Telephone: (808) 524-4501
Facsimile: (888) 524-0407
E-mail: jared@yklawhawaii.com
E-mail: christin@yklawhawaii.com

Attorney for Plaintiffs
HAWAII MASONS AND PLASTERERS TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII MASONS' PENSION FUND; by its Trustees, Anacleto Alcantra, Carl Ito, Rodney Kaichi, Mits Kaneshige, Donald Pang, John Gervacio, Peter Iriarte, Nolan Moriwaki, Melvin Silva, Jr., John Vaielua; HAWAII MASONS' AND PLASTERERS' ANNUITY FUND, by its Trustees, Anacleto Alcantra, Carl Ito, Rodney Kaichi, Mits Kaneshige, Donald Pang, John Gervacio, Peter Iriarte, Nolan Moriwaki, Melvin Silva, Jr., John Vaielua; HAWAII MASONS VACATION AND HOLIDAY FUND, by its Trustees, Carl Ito, Glen Kaneshige, Darlean Kiyokane, Vincent Nihipali, Sr., Ron Prescott, John Gervacio, Peter Iriarte, Nolan Moriwaki, Melvin Silva, Jr., John Vaielua; HAWAII MASONS TRAINING FUND, by its Trustees, | CIVIL NO. 16-00087 JMS-KSC<br><br>FINDINGS AND RECOMMENDATIONS TO GRANT PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO COUNTS I and IV<br><br>(Caption continued on next page) |

| | |
|---|---|
| Bert Beaman, Carl Ito, Glen Kaneshige, Darlean Kiyokane, Francis Pascual, John Gervacio, Peter Iriarte, Nolan Moriwaki, Melvin Silva, Jr., John Vaielua;  HAWAII MASONS HEALTH AND WELFARE FUND, by its Trustees, Herbert Inouye, Carl Ito, Darlean Kiyokane, Vincent Nihipali, Sr., Ryan Wada, John Gervacio, Peter Iriarte, Nolan Moriwaki, Melvin Silva, Jr., John Vaielua, INTERNATIONAL UNION OF BRICKLAYERS & ALLIED CRAFTSMEN, LOCAL NO. 1 OF HAWAII, AFL-CIO; OPERATIVE PLASTERERS & CEMENT MASONS INTERNATIONAL ASSOCIATION OF THE UNITED STATES AND CANADA, LOCAL NO. 630, AFL-CIO; and MASONS AND PLASTERERS FRATERNAL ASSOCIATION UNION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| SIONE TAUFATOFUA; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL AGENCIES 1-10, DOE TRUSTS 1-10, | ) ) ) ) ) ) ) |
| Defendants. _____ | ) ) |

FINDINGS AND RECOMMENDATIONS TO GRANT PLAINTIFFS' MOTION
FOR PARTIAL SUMMARY JUDGMENT AS TO COUNTS I and IV

Before the Court is Plaintiffs HAWAII MASONS' HEALTH AND WELFARE FUND, HAWAII MASONS' TRAINING FUND, HAWAII MASONS' PENSION FUND, HAWAII MASONS' VACATION AND HOLIDAY FUND, AND HAWAII MASONS' AND PLASTERERS' ANNUITY FUND (hereinafter collectively referred to as "Plaintiffs") Motion for Partial Summary Judgment As to Counts I and IV ("Motion") (Doc. 15).  Plaintiffs request that partial judgment be entered, pursuant to Rule 56 of the Federal Rules of Civil Procedure, in their favor and against Sione Taufatofua ("Defendant") for $90,554.92 in contributions, $17,135.96 in liquidated damages, and $15,778.74 in employee union dues and work assessments for the months of December 2014, January 2015 and February 2015.

On July 19, 2016, Chief Judge J. Michael Seabright construed the Motion as a Motion for Partial Default Judgment and referred the matter before this Court.  (Doc. 16.)

This matter came on for hearing on September 16, 2016. (Doc. 20.) Appearing on behalf of Plaintiffs was Christin D. Wehrsig.  Defendant Sione Taufatofua did not make an appearance or otherwise defend against the Motion.  (See Id.)

After careful consideration of the Motion, the declarations, exhibits, and the record herein, the Court finds and recommends that Plaintiff's Motion be

GRANTED.  As discussed more thoroughly below, this Court recommends that partial default judgment be entered in favor of Plaintiffs in the amount of $123,469.62.

## Background

On February 26, 2016, Plaintiffs filed a Complaint against Defendant Sione Taufatofua alleging that Defendant materially breached the "Master Agreement Covering the Cement Finishing and Masonry Trades in the State of Hawaii" effective as of September 1, 2008 (hereinafter, the "Master Agreement") and the Trust Agreements incorporated therein by reference.  Plaintiffs claimed Defendant failed to submit monthly contribution reports and full payments due on the reports, notwithstanding demand by Plaintiff.  Plaintiffs also claimed amounts owed pursuant to the Master Agreement for outstanding employee union dues and work assessments.

On March 7, 2016, service of process of the Complaint was completed, as evidenced by the Proof of Service filed herein on March 10, 2016.

On March 29, 2016, default was entered against Defendant for failure to plead or otherwise defend itself as required by law.  See attached Exhibit "1".

On July 19, 2016, Plaintiffs filed the Motion for Partial Summary Judgment As to Counts I and IV seeking an award of the sum $123,469.62, which includes $90,554.92 in contributions, $17,135.96 in liquidated damages, and $15,778.74 in

employee union dues and work assessments for the months of December 2014, January 2015 and February 2015.  (Doc. 15.)  Plaintiff's Motion was accompanied by the Declarations of Stacey Tomasa, Nolan Moriwaki, and Peter Iriarte in support of damages sought by Plaintiffs.

On July 19, 2016, Chief Judge J. Michael Seabright construed the Motion as a Motion for Partial Default Judgment and referred the matter before this Court.  (Doc. 16.)

Defendant was served with a copy of the Motion but did not file an opposition or otherwise respond to the Motion.

This matter came on for hearing on September 16, 2016. (Doc. 20.) Appearing on behalf of Plaintiffs was Christin D. Wehrsig.  Defendant Sione Taufatofua did not make an appearance or otherwise defend against the Motion.  (See Id.)

Having reviewed the Motion, the declarations, exhibits and record established in this action, the Court finds and concludes as follows:

1.Defendant agreed to abide by all terms and conditions of the "Master Agreement Covering the Cement Finishing and Masonry Trades in the State of Hawaii" (the "Master Agreement") and the Declaration of Trust Agreement for each respective Trust Fund.

2.The Trust Funds are third-party beneficiaries of the Master Agreement.

3. Each of the above Plaintiff Trust Funds was and is an express trust created by a written trust agreement subject and pursuant to 29 U.S.C. §186 and a multiemployer plan within the meaning of 29 U.S.C. §§102 and 103 ("Plaintiff Trust Funds").

4. Plaintiff The International Union of Bricklayers & Allied Craftsmen, Local No. 1 of Hawaii, AFL-CIO, and the Operative Plasterers & Cement Masons International Association of the United States and Canada, Local No. 630, AFL-CIO, are labor unions organized under the laws of the State of Hawaii ("Plaintiff Unions").

5. The Masons and Plasterers Fraternal Association is an employer association organized under the laws of the State of Hawaii.

6. Defendant Sione Taufatofua is an individual residing in and doing business in the State of Hawaii.

7. Defendants have not sought to set aside default in this action.

8. Defendant submitted reports to Plaintiffs for the work months of December 2014, January 2015 and February 2015 indicating monthly total compensable hours worked by its employees; however, Defendant failed to submit payment with said reports.

9. Defendant breached the Master Agreement and is liable to Plaintiffs by its failure to perform the terms of the Master Agreement, including: a) failure to pay

the full contribution and liquidated damage amounts to Plaintiff Trust Funds for the work months of December 2014, January 2015 and February 2015, and b) failure to pay employee union dues and work assessments to Plaintiff Unions and the Masons and Plasterers Fraternal Association for the work months of December 2014, January 2015 and February 2015.

  10. Thus, there is known to be due, owing and unpaid to Plaintiffs from Defendant:

| | |
|---|---|
| a) Contributions to Plaintiff Trust Funds | $90,554.92 |
| b) Liquidated Damages to Plaintiff Trust Funds | $17,135.96 |
| c) Employee Union Dues and Work Assessments to Plaintiffs Unions and the Masons and Plasterers Fraternal Association | $15,778.74 |
| TOTAL | $123,469.62 |

//

//

//

//

//

//

//

//

//

## **CONCLUSION**

The Court hereby RECOMMENDS that Partial Default Judgment be GRANTED in favor of Plaintiffs for a money judgment in the amount of $123,469.62.

    IT IS SO FOUNDED AND RECOMMENDED.

    DATED:  Honolulu, Hawai`i, October 20, 2016.



    Kevin S.C. Chang
    United States Magistrate Judge

---

CIVIL NO. 16-00087 JMS-KSC; HAWAII MASONS' PENSION FUND; by its Trustees, Anacleto Alcantra, Carl Ito, Rodney Kaichi, Mits Kaneshige, Donald Pang, John Gervacio, Peter Iriarte, Nolan Moriwaki, Melvin Silva, Jr., John Vaielua et al V. SIONE TAUFATOFUA et al; FINDINGS AND RECOMMENDATIONS TO GRANT PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO COUNTS I and IV