IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **HAWAII MASONS' PENSION FUND**; by its Trustees, Anacleto Alcantra, Carl Ito, Rodney Kaichi, Mits Kaneshige, Donald Pang, John Gervacio, Peter Iriarte, Nolan Moriwaki, Melvin Silva, Jr., John Vaielua; <br> **HAWAII MASONS' AND PLASTERERS' ANNUITY FUND**, by its Trustees, Anacleto Alcantra, Carl Ito, Rodney Kaichi, Mits Kaneshige, Donald Pang, John Gervacio, Peter Iriarte, Nolan Moriwaki, Melvin Silva, Jr., John Vaielua; <br> **HAWAII MASONS VACATION AND HOLIDAY FUND**, by its Trustees, Carl Ito, Glen Kaneshige, Darlean Kiyokane, Vincent Nihipali, Sr., Ron Prescott, John Gervacio, Peter Iriarte, Nolan Moriwaki, Melvin Silva, Jr., John Vaielua; <br> **HAWAII MASONS TRAINING FUND**, by its Trustees, Bert Beaman, Carl Ito, Glen Kaneshige, Darlean Kiyokane, Francis Pascual, John Gervacio, Peter Iriarte, Nolan Moriwaki, Melvin Silva, Jr., John Vaielua; <br> **HAWAII MASONS HEALTH AND WELFARE FUND**, by its Trustees, Herbert Inouye, Carl Ito, Darlean Kiyokane, Vincent Nihipali, Sr., Ryan Wada, John | CIV. NO. 16-00087 JMS-KSC <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS <br><br><br><br> (Caption continued on next page) |

| | |
|---|---|
| Gervacio, Peter Iriarte, Nolan Moriwaki, Melvin Silva, Jr., John Vaielua, INTERNATIONAL UNION OF BRICKLAYERS & ALLIED CRAFTSMEN, LOCAL NO. 1 OF HAWAII, AFL-CIO; OPERATIVE PLASTERERS & CEMENT MASONS INTERNATIONAL ASSOCIATION OF THE UNITED STATES AND CANADA, LOCAL NO. 630, AFL-CIO; and MASONS AND PLASTERERS FRATERNAL ASSOCIATION UNION, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| SIONE TAUFATOFUA; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL AGENCIES 1-10, DOE TRUSTS 1-10, | ) ) ) ) ) ) |
| Defendants. | |

_____

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS

Findings and Recommendation having been filed and served on all parties on October 20, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATIONS TO GRANT PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO COUNTS I AND IV," ECF No. 29, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 9, 2016.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*Haw. Masons' Pension Fund, et al. v. Taufatofua*, Civ. No. 16-00087 JMS-KSC, Order Adopting Magistrate Judge's Findings and Recommendations