IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII MASONS' PENSION FUND, ET AL., | ) ) ) | CIVIL NO. 16-00087 JMS-KSC |
| Plaintiffs, | ) ) ) | FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFFS' MOTION FOR |
| vs. | ) ) | APPROVAL OF ATTORNEYS' FEES AND COSTS AND FOR ENTRY OF |
| SIONE TAUFATOFUA, ET AL., | ) ) | FINAL JUDGMENT AGAINST DEFENDANT SIONE TAUFATOFUA |
| Defendants. | ) ) | |

FINDINGS AND RECOMMENDATION TO GRANT IN PART AND
DENY IN PART PLAINTIFFS' MOTION FOR APPROVAL OF
ATTORNEYS' FEES AND COSTS AND FOR ENTRY OF FINAL
JUDGMENT AGAINST DEFENDANT SIONE TAUFATOFUA

Before the Court is Plaintiffs' Motion for Approval of Attorneys' Fees and Costs and for Entry of Final Judgment, filed January 27, 2017. Plaintiffs request $6,395.25 in attorneys' fees, $282.70 in GET, and $984.98 in costs, for a total of $7,662.93.[1] Plaintiffs request hourly rates of $250 and $195 for their counsel, Jared Kawashima and Christin Wehrsig, respectively.

After carefully reviewing Plaintiffs' submissions, the Court makes the following findings: 1) Mr. Kawashima's requested hourly rate is manifestly reasonable; 2) Ms. Wehrsig's requested hourly rate is excessive and should be reduced to $150; 3) Mr.

---

[1] Plaintiffs initially requested a total of $13,887.53, but withdrew their request for fees and costs incurred prior to January 26, 2016, after this Court expressed its inclination to only consider fees and costs incurred from January 26, 2016. Doc. No. 45.

Kawashima reasonably expended 2.2 hours; 4) Ms. Wehrsig reasonably expended 25.7 hours;[2] and 5) Plaintiffs reasonably incurred $752.80 in costs.[3] Based on these findings, the Court recommends that this Motion be GRANTED IN PART AND DENIED IN PART and that Plaintiffs be awarded $4,405.00 in attorneys' fees, $207.56 in GET, and $752.80 in costs, for a total of **$5,365.36**.

The Court declines to address the portion of the Motion requesting the entry of final judgment, as that is a matter to be adjudicated by the district judge.

IT IS SO FOUND AND RECOMMENDED.

DATED:   Honolulu, Hawaii, March 20, 2017.

   

Kevin S.C. Chang
United States Magistrate Judge

CIVIL NO. 16-00087 JMS-KSC; HAWAII MASONS' PENSION FUND, ET AL. V. TAUFATOFUA, ET AL.; FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS AND FOR ENTRY OF FINAL JUDGMENT AGAINST DEFENDANT SIONE TAUFATOFUA

---

[2] Reductions were made for duplication (meetings also billed by Mr. Kawashima), clerical work, and insufficient description, all of which are well-established bases for reducing fee awards.

[3] Reductions were made because copying costs are reimbursable at a rate of $0.15 per page in this district. Local Rule 54.2(f)(4).

2