IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **HAWAII MASONS' PENSION FUND**; by its Trustees, Anacleto Alcantra, Carl Ito, Rodney Kaichi, Mits Kaneshige, Donald Pang, John Gervacio, Peter Iriarte, Nolan Moriwaki, Melvin Silva, Jr., John Vaielua;<br>**HAWAII MASONS' AND PLASTERERS' ANNUITY FUND**, by its Trustees, Anacleto Alcantra, Carl Ito, Rodney Kaichi, Mits Kaneshige, Donald Pang, John Gervacio, Peter Iriarte, Nolan Moriwaki, Melvin Silva, Jr., John Vaielua;<br>**HAWAII MASONS VACATION AND HOLIDAY FUND**, by its Trustees, Carl Ito, Glen Kaneshige, Darlean Kiyokane, Vincent Nihipali, Sr., Ron Prescott, John Gervacio, Peter Iriarte, Nolan Moriwaki, Melvin Silva, Jr., John Vaielua;<br>**HAWAII MASONS TRAINING FUND**, by its Trustees, Bert Beaman, Carl Ito, Glen Kaneshige, Darlean Kiyokane, Francis Pascual, John Gervacio, Peter Iriarte, Nolan Moriwaki, Melvin Silva, Jr., John Vaielua;<br>**HAWAII MASONS HEALTH AND WELFARE FUND**, by its Trustees, Herbert Inouye, Carl Ito, Darlean Kiyokane, Vincent Nihipali, Sr., Ryan Wada, John Gervacio, Peter Iriarte, Nolan Moriwaki, Melvin Silva, Jr., John | Civ. No. 16-00087 JMS-KSC<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

| | |
|---|---|
| Vaielua; | ) |
| INTERNATIONAL UNION | ) |
| OF BRICKLAYERS & ALLIED | ) |
| CRAFTSMEN, LOCAL NO. 1 OF | ) |
| HAWAII, AFL-CIO; | ) |
| OPERATIVE PLASTERERS & | ) |
| CEMENT MASONS | ) |
| INTERNATIONAL | ) |
| ASSOCIATION OF THE UNITED | ) |
| STATES AND CANADA, LOCAL | ) |
| NO. 630, AFL-CIO; and | ) |
| MASONS AND PLASTERERS | ) |
| FRATERNAL ASSOCIATION | ) |
| UNION, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| SIONE TAUFATOFUA; JOHN | ) |
| DOES 1-10; JANE DOES 1-10; | ) |
| DOE CORPORATIONS 1-10; DOE | ) |
| PARTNERSHIPS 1-10; DOE | ) |
| GOVERNMENTAL AGENCIES 1- | ) |
| 10, DOE TRUSTS 1-10, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on March 20, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS

AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS AND FOR ENTRY OF FINAL JUDGMENT AGAINST DEFENDANT SIONE TAUFATOFUA," ECF No. 46, are adopted as the opinion and order of this Court.

On November 10, 2016 Partial Default Judgment was entered in favor of Plaintiffs and against Defendant Sione Taufatofua, in the amount of $123,469.62. ECF No. 34. By this order, Plaintiffs are awarded attorneys' fees and costs of $5,365.36. Pursuant to the Partial Default Judgment of $123,469.62, and this order awarding attorneys' fees and costs of $5,365.36, the Clerk of Court is DIRECTED to enter Final Judgment in favor of Plaintiffs and against Defendant Sione Taufatofua, in the total amount of $128,834.98.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 13, 2017.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*Hawaii Masons' Pension Fund, et al. v. Taufatofua*, Civ. No. 16-00087 JMS-KSC, Order Adopting Magistrate Judge's Findings and Recommendation